IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| TODD C. HERBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-1035-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NORTHWEST REGIONAL EDUCATION | ) | |
| SERVICE DISTRICT, a political | ) | |
| subdivision of the State of Oregon and a | ) | |
| public body corporate, SALLY BUNNELL, | ) | |
| HARRY HEWITT, CANDACE M. COLE, | ) | |
| MARILYN MCGLASSON, KENDA | ) | |
| SHOEMAKER, and GAIL YOUNG, | ) | |
| | ) | |
| Defendants. | ) | |

    Judy Danelle Snyder
    1000 S. W. Broadway, Suite 2400
    Portland, Oregon  97205

    James E. McCandlish
    Griffin McCandlish
    Waldo Building, Suite 202
    215 S. W. Washington Street
    P. O. Box 10767
    Portland, Oregon  97296-0767

        Attorneys for Plaintiff

Karen M. Vickers
Chelsea L. Grimmius
Bullivant Houser Bailey PC
300 Pioneer Tower
888 S. W. Fifth Avenue
Portland, Oregon 97204-2089

    Attorneys for Defendants

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on December 6, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Both plaintiff and defendants have filed objections to the Findings and Recommendation. Both plaintiff and defendants have filed responses to the objections.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#58) and GRANT defendants' Motion for Summary Judgment (#28) as to the Second Claim and DENY it as to all remaining claims.

IT IS SO ORDERED.

Dated this    12th    day of January, 2006.

          /s/ Garr M. King
          Garr M. King
          United States District Judge